**FILED**

Charlotte, NC

SEP - 8 2025

**Clerk, US District Court
Western District NC**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:24-cr-210 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| VICTOR LAMONT COVINGTON | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.      On or about March 6, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the Defendant, Victor Lamont Covington ("COVINGTON"), in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a), for which the defendant may be prosecuted in a court of the United States, did knowingly and unlawfully possessed eight firearms

2.      COVINGTON knowingly and unlawfully possessed the eight firearms, in and affecting commerce, knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year.

3.      The firearms were discovered during the execution of a search warrant at COVINGTON's residence located on Hellebore Road in Charlotte on March 6, 2024. During the search, Charlotte-Mecklenburg Police Department (CMPD) officers located significant narcotics

within COVINGTON's residence, including more than one kilogram of cocaine, as well as fentanyl, methamphetamine, oxycodone and marijuana.

4.     The firearms located by officers at COVINGTON's residence during the March 6th search included: a Cobra ENT, model: CB380, .380 caliber derringer; a Ruger, model: LCR, .38 caliber revolver; a Diamondback Arms, model: DB 380, .380 caliber semiautomatic pistol; Israel Weapon IND, model: Desert Eagle, 44 caliber pistol; a Taurus, model: 85 Ultralite, .38 caliber revolver; an SCCY Industries, model: CPX-1, 9mm semiautomatic pistol; a German Sports Guns, model: Firefly, .22 caliber semiautomatic pistol; and a CZ, model: CZ75BSA, 9mm caliber semiautomatic pistol.

5.     None of the aforementioned firearms were manufactured in North Carolina. Notably, the cocaine was located in a closet near the front door along with several of the aforementioned firearms and COVINGTON's passport. A safe in the same closet contained a large amount of cash, more firearms, a firearm suppressor and several fake IDs for COVINGTON. Additional narcotics (marijuana, fentanyl and methamphetamine) and firearms were located in the garage along with a fanny pack containing cash, a cell phone, and packaging for drugs. Officers seized a total of approximately $62,733.

6.     In addition, on March 6, 2024, at his residence, COVINGTON did possess a stolen motor vehicle, that is, a Dodge Durango with Vehicle Identification Number (VIN)1C4SDJH9XMC818801, which vehicle had crossed a state boundary after being stolen on or about December 9, 2022, in the Commonwealth of Pennsylvania, and subsequently brought into the State of North Carolina, knowing the same to have been stolen

7.     The stolen Dodge Durango, located on COVINGTON's property, was displaying a fraudulent VIN number.  CMPD officers located VIN stickers to several vehicles, including the true VIN and a fraudulent VIN for another stolen vehicle located on the property.


RUSS FERGUSON
UNITED STATES ATTORNEY


/s/ William T. Bozin
WILLIAM T. BOZIN
ASSISTANT UNITED STATES ATTORNEY


2

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____
Richard Lamb Brown, Jr., Attorney for Defendant

DATED: 9/8/25

3